IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02220-MJW

ERNIE L CALBERT,

Plaintiff,

v.

TRISHA KAUTZ, N.P., In Her Individual Capacity,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter is before the Court on Plaintiff's Motion For Leave to File an Ameded [sic] Complaint (Docket No. 35).  On March 2, 2016, the Court denied a previously filed motion and informed Plaintiff:

> D.C.COLO.LCiv R 15.1 [ ] requires that a motion to amend a complaint filed pursuant to Fed. R. Civ. P. 15 include as an attachment the proposed second amended complaint.  Plaintiff cannot amend portions of his Amended Complaint without filing a motion requesting permission to amend that attaches a proposed second amended complaint reflecting those changes.  The proposed second amended complaint must include all allegations against all defendants, all claims, and all requests for relief.

(Docket No. 33 at 1.)  The instant motion fails for the same reason.  In it Plaintiff simply informs the Court that he has learned the name of a defendant previously named as a John Doe.  Notably, there are no John Doe defendants named in the Amended Complaint (Docket No. 12).  If Plaintiff would like to amend his Amended Complaint (Docket No. 12), he must file a motion that complies with all applicable rules.  Accordingly, it is hereby ORDERED that Plaintiff's Motion For Leave to File an Ameded [sic] Complaint (Docket No. 35) is DENIED without prejudice.

Date: March 9, 2016