IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02220-MJW

ERNIE L CALBERT,

Plaintiff,

v.

TRISHA KAUTZ, N.P., In Her Individual Capacity,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Vacate and Reset Scheduling Conference (Docket No. 37) is GRANTED. The Scheduling Conference set for March 30, 2016 at 9:00 a.m. is VACATED. The Scheduling Conference is RESET for April 6, 2016 at 10:30 a.m. All associated deadlines are extended accordingly.

Date: March 8, 2016